UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DIVISION

| | |
|---|---|
| KERI BELTRAN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:21-CV-05344-BAT<br><br><br>ORDER REVERSING AND REMANDING |

Based on the stipulation of the parties it is hereby ORDERED the above- captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will conduct a new hearing, further develop the record and issue a new decision;
- The ALJ will reevaluate step five of the sequential evaluation process with the assistance of a vocational expert. In doing so, the vocational expert should clarify the effect of the assessed limitations on Plaintiff's ability to perform other work available in significant numbers in the national economy and address and resolve any conflicts pursuant to Social Security Ruling 00-4p.

Page 1      ORDER - [3:21-CV-05344-BAT]

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 29th day of March 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov